IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| **LEO W. MILO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.  05-CV-696-DRH |
| ) | |
| **THE PURDUE PHARMA COMPANY,** ) | |
| **PURDUE PHARMA, L.P.,** ) | |
| **PURDUE PHARMA INC.,** ) | |
| **PURDUE FREDERICK COMPANY,** ) | |
| **THE P.F. LABORABORIES, INC.,** ) | |
| **and MALLINCKRODT, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**HERNDON, District Judge:**

Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 27).  Based on the parties' stipulation, the Court **DISMISSES with prejudice** this case with each party to bear its own costs.  The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 19th day of January, 2007.

/s/      David   RHerndon
**United States District Judge**