## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LEO W. MILO,**

       **Plaintiff,**

       **vs.**                                   **Cause No. 05-CV-696 DRH**

**THE PERDUE PHARMA COMPANY
PURDUE PHARMA, L.P.,
PURDUE PHARMA, INC.,
PURDUE FREDERICK COMPANY,
THE P.F. LABORATORIES, INC., and
MALLINCKRODT, INC.,**

       **Defendant**s.

## JUDGMENT IN A CIVIL CASE

       The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

       **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.--------------------------------------------------------------------------

                                           **NORBERT G. JAWORSKI, CLERK**

January 22, 2007                 By:   s/Patricia Brown
                                    Deputy Clerk

APPROVED: /s/     David  RHerndon
          **U.S. DISTRICT JUDGE**